UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>                    Plaintiff,<br><br>            -against-<br><br>ONONDAGA COUNTY DSS-ES FAIR HEARINGS - SP,<br><br>                    Defendant. | 1:25-CV-1617 (LTS)<br><br>ORDER OF DISMISSAL<br>UNDER 28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Robert W. Johnson filed this action *pro se*,[1] seeking to proceed *in forma pauperis* ("IFP"). In an order dated July 10, 2020, however, the court barred him from filing future civil actions in this court IFP without first obtaining from the court leave to file. *See Johnson v. O'Hagan Wolfe*, ECF 1:19-CV-7337, 8 (S.D.N.Y. July 10, 2020), *appeal dismissed*, No. 21-299 (2d Cir. July 15, 2021). Plaintiff files this new civil action in this court and seeks IFP status, but he has not sought leave from the court to file this action. The Court therefore dismisses this action without prejudice due to Plaintiff's failure to comply with the court's July 10, 2020 order in *Johnson*, 1:19-CV-7337.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] Plaintiff Robert W. Johnson signed the complaint on the signature line of his form complaint where parties without an attorney are supposed to sign. (ECF 1, at 6.) A purported attorney named "Willie Johnson, Esq." has also signed the complaint, indicating that his bar number is "999999." (*Id.*) No attorney named Willie Johnson and assigned that bar number, however, is admitted to the bar of this court or to any of the bars of the States that comprise the Second Circuit. Thus, the Court understands that Plaintiff Robert W. Johnson is appearing *pro se*.

2

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: March 7, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2