UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT W. JOHNSON,

                Plaintiff,

-against-

ONONDAGA COUNTY DSS-ES FAIR HEARINGS - SP,

                Defendant.

25cv1617 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the March 7, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   March 11, 2025
          New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge